McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax: (916) 554-2900
CARYN L. GOOT
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (916) 977-8943
Fax: (415) 744-0134
Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORICA BACSI,<br><br>  Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>  Defendant. | CASE NO. **2:04-CV-02456-PAN**<br>**(JFM)**<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the

Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND FIVE HUNDRED FIFTY

BACSI v. Barnhart
EAJA Stip & Order
2:04-cv-02456-PAN (JFM)                           1

AND 00/100 DOLLARS ($2,550.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. §2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. §406(b).

The parties further stipulate that Plaintiff's counsel shall return to Defendant's counsel, and Defendant's counsel shall retain, a facsimile of this stipulation bearing counsel's signature, and that Defendant shall e-file the document pursuant to applicable local rules.

DATED: June 30, 2006        /s/ Peter Brixie
                            PETER BRIXIE
                            Attorney at Law

                            Attorney for Plaintiff

DATED: June 30, 2006        McGREGOR W. SCOTT
                            United States Attorney

                            By: /s/ Bobby J. Montoya
                            CARYN L. GOOT
                            Special Assistant U. S. Attorney

                            Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

BACSI v. Barnhart
EAJA Stip & Order
2:04-cv-02456-PAN (JFM)                    2

<u>ORDER</u>

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $2,550.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: August 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Bacsi.stipord.fees.ss.wpd

BACSI v. Barnhart
EAJA Stip & Order
2:04-cv-02456-PAN (JFM)

3